

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2018

No. 04-17-00716-CV

Samuel R. **BUILTA** a/k/a Sam Builta, Individually and
d/b/a Technical Services System,
Appellants

v.

**PARAGON, INC.,**
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 393227
Honorable Karen Crouch, Judge Presiding

# O R D E R

Appellant was initially represented by retained counsel.  On April 5, 2018, this court received notice from the Office of the Chief Disciplinary Counsel of the State Bar of Texas that Appellant's counsel has been suspended from the practice of law effective March 21, 2018. Appellant advised this court he had obtained replacement counsel, but no notice of appearance of new counsel to represent Appellant has been filed.

Appellant's brief was due on June 22, 2018.  To date, no motion for extension of time to file the brief or appellant's brief has been filed.

We ORDER Appellant Samuel R. Builta, pro se, to show cause in writing within TEN DAYS of the date of this order why this cause should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.).  Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief.  *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.**  *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court